**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

KELVIN MANN,             :    No. 108 EM 2017

         Petitioner       :

         v.              :

COURT OF COMMON PLEAS OF     :
PHILADELPHIA COUNTY,        :

         Respondent     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.